**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**John Paul OUTEN, Defendant–**
**Appellant.**

No. 03–6391.

United States Court of Appeals,
Fourth Circuit.

Submitted July 10, 2003.

Decided July 15, 2003.

John Paul Outen, Appellant Pro Se.

Before WILKINSON, MOTZ, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

John Paul Outen seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have independently reviewed the record and conclude that Outen has not made a substantial showing of the denial of a constitutional right. *See Miller–El v. Cockrell,* 537 U.S. 322, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*